**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>RAIMONDI, VICTOR<br>RAIMONDI, JOAN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-15702 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 08/29/07. The Trustee was appointed on 08/29/07. An order for relief under Chapter 7 was entered on 08/29/07.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 10/24/08 is as follows:

|  |  |  |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 18,532.73 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 14.86 |
| c. NET CASH available for distribution | $ | 18,517.87 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 2,603.27 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,969.68 |
| | $ | |

5. The Bar Date for filing unsecured claims expired on 01/11/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 5,572.95 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 5,334.81 |
| e. Allowed unsecured claims | $ | 122,930.32 |

7. Trustee proposes that unsecured creditors receive a distribution of 6.23% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $2,969.68. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,572.95. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 10/24/08                             RESPECTFULLY SUBMITTED,


                                            By:/s/David E. Grochocinski
                                               DAVID GROCHOCINSKI, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Raimondi



October 22, 2008




Professional Services

|            |     |                                                                                              | Hrs/Rate       | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|----------------|--------|
| 9/30/2007  | DEG | Review of deed in trust regarding Condo in Florida                                           | 0.50 375.00/hr | 187.50 |
|            | DEG | Receipt and review of documents from debtor                                                  | 1.50 375.00/hr | 562.50 |
| 10/1/2007  | DEG | Review of schedules prior to 341 meeting                                                     | 0.80 375.00/hr | 300.00 |
| 10/4/2007  | DEG | Facsimile letter to B. Covey prior to 341 meeting; $38.000 unexempt; need copy of RESPA      | 0.20 375.00/hr | 75.00  |
| 10/7/2007  | DEG | Receipt and review of RESPA                                                                  | 0.20 375.00/hr | 75.00  |
| 10/11/2007 | DEG | Filed initial report of assets; bar date set for 1/11/08                                     | 0.20 375.00/hr | 75.00  |
| 10/12/2007 | DEG | Facsimile letter to accountant with proposed employment motion and order                     | 0.20 375.00/hr | 75.00  |
| 11/9/2007  | DEG | Prepared letter to B. Covey regarding need for documentation on timeshares and other information required | 0.50 375.00/hr | 187.50 |
|            | DEG | Letter to attorney for request for documents on other assets                                 | 0.30 350.00/hr | 105.00 |
| 12/10/2007 | DEG | Review of claim docket                                                                       | 0.50 375.00/hr | 187.50 |
| 1/11/2008  | DEG | Letter to B. covey regarding offer to retain interest                                        | 0.20 375.00/hr | 75.00  |
| 1/18/2008  | DEG | Review of claim docket                                                                       | 0.50 375.00/hr | 187.50 |
| 2/20/2008  | DEG | Prepared letter to B. Covey regarding turnover                                               | 0.20 375.00/hr | 75.00  |
|            | DEG | Letter to attorney regarding other assets to liquidate                                       | 0.30 375.00/hr | 112.50 |


EXHIBIT A

Raimondi                                                                                      Page    2

|            |     |                                                                    | Hrs/Rate      | Amount    |
|------------|-----|--------------------------------------------------------------------|---------------|-----------|
| 3/4/2008   | DEG | Email from B. Covey regarding timeshare; $1,500 to purchase interest in same | 0.20<br>375.00/hr | 75.00     |
| 7/28/2008  | DEG | Facsimile order to accoutnant regarding sale of timeshares          | 0.20<br>375.00/hr | 75.00     |
| 10/20/2008 | DEG | Prepared final report                                              | 3.50<br>375.00/hr | 1,312.50  |
|            |     | For professional services rendered                                 | 10.00         | $3,742.50 |

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 18,532.73 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 50,500.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 27,900.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 07-15702    Doc 27    Filed 11/14/08    Entered 11/14/08 13:07:12    Desc Main
          Document      Page 7 of 20

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07B-15702 JS | Trustee: | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | RAIMONDI, VICTOR | Filed (f) or Converted (c): | 08/29/07 (f) |
| | RAIMONDI, JOAN | §341(a) Meeting Date: | 10/09/07 |
| Period Ending: | 10/24/08 | Claims Bar Date: | 01/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TWO TIMESHARES WITH MARRIOTT | 10,000.00 | 10,000.00 | | 1,000.00 | FA |
| 2 | CHECKING | 38,000.00 | 17,000.00 | | 17,000.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY | 1,000.00 | 1,000.00 | | 250.00 | FA |
| 6 | IRA | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1998 BUICK LASABRE | 3,000.00 | 0.00 | | 250.00 | FA |
| 8 | 1997 CHEVY BLAZER | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 32.73 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$106,600.00** | **$28,000.00** | | **$18,532.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

TURNOVER OF BANK ACCOUNT; INVESTIGATION OF POSSIBLE SALE OF TIMESHARES; EMPLOY ACCOUNTANT

Printed: 10/24/2008 09:37 AM    V.10.54

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07B-15702 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** RAIMONDI, VICTOR | **Filed (f) or Converted (c):** 08/29/07 (f) |
| RAIMONDI, JOAN | **§341(a) Meeting Date:** 10/09/07 |
| **Period Ending:** 10/24/08 | **Claims Bar Date:** 01/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 30, 2008          **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 10/24/2008 09:37 AM     V.10.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07B-15702 JS  
**Case Name:** RAIMONDI, VICTOR  
RAIMONDI, JOAN  
**Taxpayer ID #:** 13-7578905  
**Period Ending:** 10/24/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*32-19 - Time Deposit Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*3265 | | 9999-000 | 15,000.00 | | 15,000.00 |
| | | | **ACCOUNT TOTALS** | | **15,000.00** | **0.00** | **$15,000.00** |
| | | | Less: Bank Transfers | | 15,000.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)        Printed: 10/24/2008 09:37 AM    V.10.54

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-15702 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | RAIMONDI, VICTOR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RAIMONDI, JOAN | | Account: | ***-*****32-65 - Money Market Account |
| Taxpayer ID #: | 13-7578905 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/24/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/07 | {2} | MID AMERICA BANK | NON-EXEMPT FUNDS FROM PRE BANKRUPTCY SALE OF REAL ESTATE | 1129-000 | 17,000.00 | | 17,000.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.05 | | 17,006.05 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.84 | | 17,014.89 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.66 | | 17,023.55 |
| 01/21/08 | | ACCOUNT FUNDED: ********3219 | | 9999-000 | | 15,000.00 | 2,023.55 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.83 | | 2,029.38 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #07B-15702, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 14.86 | 2,014.52 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.41 | | 2,014.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.37 | | 2,015.30 |
| 04/16/08 | | VICTOR & JOAN RAIMONDI | SETTLEMENT PAYMENT | | 1,500.00 | | 3,515.30 |
| | {5} | | JEWELRY           250.00 | 1129-000 | | | 3,515.30 |
| | {7} | | LESABRE           250.00 | 1129-000 | | | 3,515.30 |
| | {1} | | TIME SHARE      1,000.00 | 1110-000 | | | 3,515.30 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.37 | | 3,515.67 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.45 | | 3,516.12 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.44 | | 3,516.56 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.44 | | 3,517.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.41 | | 3,517.41 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 3,517.87 |

Subtotals :     $18,532.73     $15,014.86

{} Asset reference(s)                                                                                               Printed: 10/24/2008 09:37 AM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07B-15702 JS
**Case Name:** RAIMONDI, VICTOR
RAIMONDI, JOAN
**Taxpayer ID #:** 13-7578905
**Period Ending:** 10/24/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*32-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 18,532.73 | 15,014.86 | $3,517.87 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.00 | |
| | | | **Subtotal** | | 18,532.73 | 14.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,532.73** | **$14.86** | |

{} Asset reference(s)                                          Printed: 10/24/2008 09:37 AM    V.10.54

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07B-15702 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | RAIMONDI, VICTOR | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | RAIMONDI, JOAN | Account: | ***-*****32-66 - Checking Account |
| Taxpayer ID #: | 13-7578905 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
           Net Receipts :     18,532.73
                            _____
           Net Estate :       $18,532.73
```

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| CD # ***-*****32-19 | 0.00 | 0.00 | 15,000.00 |
| MMA # ***-*****32-65 | 18,532.73 | 14.86 | 3,517.87 |
| Checking # ***-*****32-66 | 0.00 | 0.00 | 0.00 |
| | $18,532.73 | $14.86 | $18,517.87 |

{} Asset reference(s)                                                                                  Printed: 10/24/2008 09:37 AM    V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>RAIMONDI, VICTOR<br>RAIMONDI, JOAN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-15702 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,572.95 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 5,334.81 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 7,610.11 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 18,517.87 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 5,572.95 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,603.27 | 2,603.27 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,012.50 | 2,012.50 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 57.18 | 57.18 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 900.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 5,334.81 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 007 | IRS | 5,334.81 | 5,334.81 |
| | | TOTAL   $ | 5,334.81 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $ 122,111.61 | 6.23% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK/DFS SERVICES LLC | 10,945.18 | 682.12 |
| 002 | CITIBANK SD NA | 10,861.73 | 676.91 |
| 003 | AMERICAN EXPRESS BANK FSB | 17,304.26 | 1,078.42 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 1,791.51 | 111.65 |
| 005 | CHASE BANK USA | 46,087.78 | 2,872.23 |
| 006 | CHASE BANK USA | 35,121.15 | 2,188.78 |
| | | TOTAL   $ | 7,610.11 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 818.71 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 008 | FEDERATED RETAIL HOLDINGS/MARSHALL FIELDS | 818.71 | 0.00 |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

|  |  |  |  | DISALLOWED |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** |  | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____        _____
                                                                    DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,012.50 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 57.18 | |
| | | | 2,069.68 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 2,969.68 | $ 2,969.68 |

1