**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> RAIMONDI, VICTOR <br> RAIMONDI, JOAN <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 07B-15702 JS <br><br> JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 4016
         Wheaton, Illinois 60187

    on:  **December 19, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $            18,532.73

    b. Disbursements                         $                14.86

    c. Net Cash Available for Distribution   $            18,517.87

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,603.27 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,012.50 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $57.18 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $900.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,334.81 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 007 | IRS | $ 5,334.81 | $ 5,334.81 |

7. Claims of general unsecured creditors totaling $122,111.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.23%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DFS SERVICES LLC | $ 10,945.18 | $ 682.12 |
| 002 | CITIBANK SD NA | $ 10,861.73 | $ 676.91 |
| 003 | AMERICAN EXPRESS BANK FSB | $ 17,304.26 | $ 1,078.42 |
| 004 | AMERICAN EXPRESS CENTURION BANK | $ 1,791.51 | $ 111.65 |
| 005 | CHASE BANK USA | $ 46,087.78 | $ 2,872.23 |

| | | | |
|---|---|---|---|
| 006 | CHASE BANK USA | $ 35,121.15 | $ 2,188.78 |
| 008** | FEDERATED RETAIL HOLDINGS/MARSHALL FIELDS | $ 818.71 | $ 0.00 |

** TARDILY FILED UNSECURED CLAIMS RECEIVE PAYMENT AFTER PAYMENT IN FULL TO TIMELY FILED UNSECURED CLAIMS.

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, household goods and IRA.

Dated: **November 18, 2008**

For the Court,

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| RAIMONDI, VICTOR | | |
| RAIMONDI, JOAN | | CASE NO. 07B-15702 JS |
| | | JUDGE JOHN SQUIRES |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                                $     2,603.27

2. Trustee's expenses                                    $         0.00

                                    TOTAL                $     2,603.27

3. Chapter 11 Trustee's compensation                     $         0.00

4. Chapter 11 Trustee's expenses                         $         0.00

                                    TOTAL                $         0.00

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                       $     2,012.50

   b. Expenses                                           $        57.18

   c. Chapter 11 Compensation                            $         0.00

   d. Chapter 11 Expenses                                $         0.00

2. Accountant for the Trustee
   a. Compensation                                       $       900.00

   b. Expenses                                           $         0.00

   c. Chapter 11 compensation                            $         0.00

       d. Chapter 11 Expenses                                $_____0.00

3.     Other Professionals

                                             TOTAL              $_____2,969.68

       IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                         ENTERED     _____
                                                 JOHN SQUIRES
                                                 UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Nov 18, 2008
Case: 07-15702                 Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Nov 20, 2008.
 db           +Victor V. Raimondi,    2508 Durango Lane Apt. 205,    Naperville, IL 60564-4844
 jdb          +Joan M. Raimondi,    2508 Durango Lane Apt. 205,    Naperville, IL 60564-4844
 aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
 tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11577575       AAADV-Citi/Mc,    PO Box 688914,    Des Moines, IA 50368-8914
11725251       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11725252       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11577577       Amex Gold,    Box 0001,    Los Angeles, CA 90096-0001
11743258       Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11718087       Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
11577579      +Diners Club,    Box 6003,    The Lakes, NV 88901-6003
11885780       FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS,    TSYS DEBT MGMT., INC.,    PO BOX 137,
               COLUMBUS, GA 31902-0137
11577581       Harris Mc,    PO Box 15726,    Wilmington, DE 19886-5726
11686052      +IRS,    POB 21125,    Philadelphia, PA 19114-0325
11577582      +Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
11577584       Marriott/Visa,    PO Box 15153,    Wilmington, DE 19886-5153
11577585       North Star Credit Union,    3S355 Winfield Rd.,    Warrenville, IL 60555
11577586      +Sears Premiere Card,    PO Box 183082,    Columbus, OH 43218-3082
11577587       United Visa/Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11577588       Wachovia/Visa,    PO Box 15726,    Wilmington, DE 19886-5726

The following entities were served by electronic transmission on Nov 19, 2008.
11577580       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2008 04:17:37     Discover,    Box 30395,
               Salt Lake City, UT 84130
11687403       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2008 04:17:37
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11577576       Alara Glenmuir
11577578*      Amex Gold,    Box 0001,    Los Angeles, CA 90096-0001
11577583*     +Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**                    **Signature:** *Joseph Speetjens*